1
2
3
4
5
6
7 **UNITED STATES DISTRICT COURT**
8 **DISTRICT OF NEVADA**
9

10 WARREN S. McCLINTON,                    )
11                        Petitioner,      )        2:14-cv-00558-APG-VCF
12 vs.                                     )        **ORDER**
13 DOUG GILLESPIE, *et al.*,               )
14                        Respondents.     )
15 _____/

16
17    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254,
18 by a Nevada state prisoner.
19    When initiating a federal habeas corpus action, a petitioner must either submit the $5.00
20 filing fee for habeas petitions or an application to proceed *in forma pauperis*. *See* 28 U.S.C. §
21 1914(a); 28 U.S.C. § 1915. In this case, petitioner failed to submit either a filing fee or an
22 application to proceed *in forma pauperis* with the petition.
23    Additionally, the petition was not submitted on the Court's approved form. The Local Rules
24 of Court require petitioners appearing in *pro se* to file their petitions on the Court's approved form.
25 Local Rules of Special Proceedings 3-1 ("a petition for a writ of *habeas corpus*, filed by a person
26 who is not represented by an attorney, shall be on the form provided by this court."). The Clerk of

1  Court will provide plaintiff with the approved form for filing a *pro se* petition for a writ of habeas

2  corpus.  Petitioner may file a new petition on the proper form by initiating a new action.

3         Due to the lack of an *in forma pauperis* application or filing fee, the present action will be

4  dismissed without prejudice to the filing of a new petition (using the court-approved form) in a new

5  action with a pauper application containing all required attachments.  It does not appear from the

6  papers presented that a dismissal without prejudice would result in a promptly-filed new petition

7  being untimely.  In this regard, plaintiff at all times remains responsible for calculating the running

8  of the limitations period as applied to his case and properly commencing a timely-filed habeas

9  corpus action.

10        **IT THEREFORE IS ORDERED** that this action is **DISMISSED** without prejudice to the

11  filing of **a new petition in a new action**.

12        **IT IS FURTHER ORDERED** that the Clerk of the Court shall send petitioner two copies of

13  an *in forma pauperis* application form for a prisoner, one copy of the instructions for the same, two

14  copies of a blank 28 U.S.C. § 2254 habeas petition form, and one copy of instructions for the same.

15        **IT IS FURTHER ORDERED** that petitioner may file a new petition in a new action, but he

16  may not file further documents in this action.

17        **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

18        Dated this __16th__ day of April, 2014.

19

20        _____

21        UNITED STATES DISTRICT JUDGE

22

23

24

25

26

2